UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BANK OF AMERICA, et al.,

                    Plaintiffs,              **ORDER**
                                                                 CV 10-25(DRH)(ARL)

     -against-

JAY R. VIDERS,
                    Defendant.
-----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      The matter having been referred to the undersigned by District Judge Hurley for the purpose of issuing a report and recommendation with respect to the exact amount of damages due from defendant Viders, including attorneys' fees and costs, plaintiffs are directed to serve and file papers in support of their damages claim by **February 7, 2011**. Those papers shall include a memorandum of law and an affidavit from a person with knowledge of the relevant facts. Defendant may submit papers opposing the damages claims by **February 28, 2011**.


Dated: Central Islip, New York                    SO ORDERED:
       January 3, 2011

                                                             _____/s_____
                                                              ARLENE R. LINDSAY
                                                              United States Magistrate Judge